## LUIS ALMEDINA *v.* COMMISSIONER OF CORRECTION

The petitioner Luis Almedina's petition for certification for appeal from the Appellate Court, 109 Conn. App. 1 (AC 28132), is denied.

VERTEFEUILLE, J., did not participate in the consideration of or decision on this petition.

*Jeffrey C. Kestenband,* special public defender, in support of the petition.

*Lisa A. Riggione,* senior assistant state's attorney, in opposition.

Decided September 16, 2008

## STATE OF CONNECTICUT *v.* ARTHUR S.

The defendant's petition for certification for appeal from the Appellate Court, 109 Conn. App. 135 (AC 28391), is denied.

*Glenn W. Falk,* special public defender, in support of the petition.

*Timothy F. Costello,* deputy assistant state's attorney, in opposition.

Decided September 16, 2008